JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEELA SIDDIQUE MAHMOOD, | Case No. CV 13-1525 FMO (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WELLS FARGO BANK, NA, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 23rd day of December, 2013.

/s/
Fernando M. Olguin
United States District Judge